**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1334**

_____

RONALD SATISH EMRIT,

           Plaintiff - Appellant,

     v.

CENTRAL INTELLIGENCE AGENCY (CIA); DIRECTOR OF NATIONAL INTELLIGENCE (DNI); NATIONAL SECURITY COUNCIL (NSC),

           Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00035-GMG-RWT)

_____

Submitted:  July 21, 2022                                    Decided:  July 25, 2022

_____

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronald Satish Emrit, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit  seeks to appeal the district court's order referring his case to a magistrate judge.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Emrit seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*